RIVERSIDE RAMP GARAGE, INC., Appellant, v. LITTLE AMITY PARKING CORPORATION, Respondent. NEWMONT GARAGE, INC., Appellant, v. LITTLE AMITY PARKING CORPORATION, Respondent. (Consolidated Actions.) — Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS RABINOWITZ, Appellant.— Judgment reversed, the information dismissed and the fine remitted. The exhibit relied on by the prosecution, used in the normal way, conveys no indecent suggestion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

KEYSTONE COAT AND APRON MANUFACTURING CORPORATION, Respondent, v. INTERBOROUGH COAT & APRON SUPPLY ASSOCIATION, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRANCIS POISSANT and Another, Respondents, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

OESTERREICHISCHE CREDIT ANSTALT FUR HANDEL UND GEWERBE, Appellant, Respondent, v. THE BANK OF UNITED STATES, Respondent, Appellant, Impleaded with Another.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STANDARD SCIENTIFIC SUPPLY CORPORATION, Appellant, v. VADSCO SALES CORPORATION and Others, Respondents.— Order so far as appealed from modified so as to provide that defendants, in lieu of the discovery, may submit to plaintiff within thirty days after service of a copy of this order a certified statement of Price, Waterhouse & Co., or Haskins & Sells, to be prepared at defendants' expense, certifying that they have examined all of the books, records and documents of Vadsco relating to the matters covered by the notice of motion for discovery, and setting forth the entries and information they have found. If defendants fail to furnish such certificate within the time specified, discovery and inspection will proceed forthwith. The order is further modified by providing that it is without prejudice to plaintiff's right to move at Special Term for a further examination in the event that the certificate is not furnished, or in the event that after it is furnished, plaintiff deems a further examination necessary and essential. Settle order on notice. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

EDWARD BLOCK, Appellant, v. HULDA SCHORR, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., concurs upon the ground the defendant is relying upon an alleged independent contract between the parties, the existence of which plaintiff has not denied. It cannot be assumed that the alleged contract is not in writing and thus within the parol evidence rule.

In the Matter of HENRY H. ABEL, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.